UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JANE DOE #1, et al** | **CIVIL ACTION NO.** <br> **3:21-cv-00564-SDD-SDJ** |
| **VERSUS** | |
| | **JUDGE SHELLY D. DICK** |
| **BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE, et al** | **MAGISTRATE JUDGE SCOTT D. JOHNSON** |

**UNOPPOSED MOTION TO CONSOLIDATE**

Plaintiffs respectfully request, with the consent of all parties, that the Court consolidate this case ["C.A. #564"] with the substantially identical suit, *Jane Doe #1, et al vs. Board of Supervisors of Louisiana State University, et al,* Case No. 3:21-cv-00647-SDD-SDJ ["C.A. #647"].

On October 4, 2021, plaintiffs filed substantially identical suits against the identical parties in this court (C.A. #564) and in the 19th Judicial District Court for the State of Louisiana ("C. A. #647"). The latter suit was removed to this court by the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College ("the Board"), thereby waiving the defense of Eleventh Amendment immunity.

Plaintiffs have conferred with all parties, and all parties consent to this Unopposed Motion to Consolidate. The Court has the authority to issue the proposed Order under Rule 42(a)(2) of the Federal Rules of Civil Procedure and under its inherent authority to manage its docket.

WHEREFORE, plaintiffs respectfully request that this Court grant the Unopposed Motion to Consolidate; that the complaint in C.A. #564 will serve as the operative complaint; that this court will have supplemental jurisdiction over plaintiffs' state law claims; that the

deadlines set forth in Magistrate Judge Johnson's Order dated January 4, 2022, in C. A. #647 be set aside, including the telephone scheduling conference on March 3, 2022, at 11:30 a.m.; that no scheduling order, pretrial deadlines, or trial date be set in C. A. #647; and that after consolidation, the caption of all documents filed shall list the name of the lowest numbered case with the words "consolidated with" or abbreviation "c/w" in accordance with Local Rule 10(b) pertaining to consolidated cases.

Respectfully submitted,

**MILDRED E. METHVIN, LLC**

BY:  /s/*Mildred E. Methvin*
Mildred E. Methvin (14619)
7414 Sardonyx St.
New Orleans, LA 70124
Telephone: 337-501-1055
Facsimile: 888-298-0566
Email: memethvin@gmail.com
*Attorney for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of February, 2022, the foregoing pleading was filed in CM/ECF which sends electronic notice to all counsel of record.

 /s/*Mildred E. Methvin*
Mildred E. Methvin