UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JANE DOE NO. 1, et al.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-564-SDD-SDJ** |
| **BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AGRICULTURAL AND MECHANICAL COLLEGE** | **CONSOLIDATED WITH NO. 21-cv-647-SDD-SDJ** |

## ORDER

The parties jointly filed a Motion to Continue (R. Doc. 50) all deadlines set by the February 16, 2022 Scheduling Order (R. Doc. 27), including the May 23, 2023 trial date. The parties also ask the Court to set another scheduling conference so that an entirely new scheduling order may be issued. The only reason provided in the Motion to Continue, which is comprised of a single paragraph, is this:

> A continuance is necessary because the current deadline for completing all discovery and filing all discovery motions is September 15, 2022, approximately 11 weeks away. All parties agree that additional time is needed to conduct discovery, locate experts, etc.

(R. Doc. 50 at 1).

The good cause standard of Rule 16(b)(4) and the requirements of this Court's Scheduling Order (R. Doc. 27 at 2-3) are not met. The parties should already be familiar with the standard for good cause, and the Court will not (and should not) take the time to explain it. The parties should review cases interpreting Rule 16(b)(4), in addition to the explicit requirements outlined in the Scheduling Order (R. Doc. 27 at 2-3), before filing any future requests for extensions. Therefore,

**IT IS ORDERED** that the parties' joint Motion to Continue (R. Doc. 50) is **DENIED**.

Signed in Baton Rouge, Louisiana, on July 7, 2022.

_____
**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**