**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JANE DOE #1, et al** | **CIVIL ACTION NO.**<br>**3:21-cv-564-SDD-SDJ**<br>**c/w 3:21-cv-647-SDD-SDJ** |
| **VERSUS** | **JUDGE SHELLY D. DICK** |
| **BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AGRICULTURAL AND MECHANICAL COLLEGE, et al** | **MAGISTRATE JUDGE SCOTT D. JOHNSON** |

**ORDER**

Considering the Joint Motion to Continue Unexpired Deadlines and Trial Date;

IT IS HEREBY ORDERED that the Motion is **GRANTED**. An Amended Scheduling Order will be issued.

Baton Rouge, Louisiana, this ___ day of _____, 2022.

**HONORABLE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT JUDGE**