## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JANE DOE #1, et al** | **CIVIL ACTION NO.**<br>**3:21-cv-564-SDD-SDJ**<br>**c/w 3:21-cv-647-SDD-SDJ** |
| **VERSUS** | **JUDGE SHELLY D. DICK** |
| **BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AGRICULTURAL AND MECHANICAL COLLEGE, et al** | **MAGISTRATE JUDGE SCOTT D. JOHNSON** |

### JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER

NOW INTO COURT, through undersigned counsel, come Defendants, the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College (the "Board"), Troy Blanchard, Jennifer Normand, Lindsay Madatic, Jennie Stewart and Dr. Adelaide Russo; and Plaintiffs, Jane Does #1 – #6 (collectively "the parties"), and respectfully request that this Court modify the current scheduling order to address the schedule for discovery and further proceedings in this case.

1.

Pursuant to a joint motion of counsel (Doc. 50), the court entered an amended scheduling order on August 12, 2022 (Doc. 53), extending the pretrial and trial deadlines approximately three months. The Court extended the discovery deadline from September 15, 2022, to December 14, 2022.

2.

The parties have been working diligently and cooperatively to conduct discovery and block off dates for depositions. However, because there are six plaintiffs and six defendants, and due to

pre-existing trial and deposition conflicts, counsel have been unable to identify mutually available dates to complete all discovery prior to December 14.

3.

As an example of the scheduling difficulties, two of the defendants in this matter (the Board and Jennie Stewart) are also defendants in *Abby Owens et al. v. Board of Supervisors of Louisiana State Univ. et al.,* No. 3:21-00242-WBV-SDJ, pending in the United States District Court for the Middle District of Louisiana. The Board is also a defendant in *Sharon Lewis v. Board of Supervisors of Louisiana State Univ. et al*, No. 3:21-cv-0198, also pending in United States District Court for the Middle District of Louisiana. In those two matters, the parties' tentative deposition schedule currently appears as follows:

September 22 – Calise Richardson

September 23 – Elisabeth Andries

September 26 – Samantha Brennan

September 27 – Ashlyn Robertson

September 28 – Corinn Hovis

October 5 – Jane Doe (Plaintiff)

October 6 – Kennan Johnson

October 7 – Jade Lewis

October 10 – Abby Owens

October 12– Sarah Beth Kitch

October 27-28, 31 – Sharon Lewis

November 1-2 – Miriam Segar

November 3-4 - Verge Ausberry

November 7 – Mike Sell

November 8 – Julia Sell

November 9 – Jennie Stewart

November 10-11 – Husch Blackwell 30(b)(6) deposition

November 14 – Jonathan Sanders

November 15 – Keava Soil-Comier

November 16 – Joe Alleva

November 17 – Mary Leach Werner

November 18 – Jeffrey Scott

November 21 – F. King Alexander

November 22 – Frank Wilson

December 5 – Amber Jessie

December 9 – Nicola Jessie

December 12 – Les Miles

December 13 – Vicki Crochet

December 14 – Robert Barton

December 15 – William Shelby McKenzie

December 19 – Hank Danos

December 20 – Stanley Jacobs

December 21 – Scott Woodward

4.

Scheduling conflicts also exist for plaintiffs' counsel. Specifically, plaintiffs' counsel is unavailable September 7, 12, 20, 21, 22, October 17-28, and December 12-16. In addition to the

conflicts listed above, defense counsel also has conflicts on October 17-20, January 2-6, and February 3 and 6**.**

5.

Nevertheless, counsel have been diligent in identifying mutually available dates for depositions in this matter, and have tentatively proposed the following dates:

January 9 – Jane Doe #1

January 10 – Jane Doe #2

January 11 – Jane Doe #3

January 16 – Jane Doe #4

January 17 – Jane Doe #5

January 20 – Jane Doe #6

January 25 – Winston Decuir[1]

January 27 – Jim Marchand[2]

January 31 – Adelaide Russo

February 7 – Jennie Stewart

February 10 – Troy Blanchard

February 13 – Jennifer Normand

February 15 – Lindsay Madatic

February 17 – Jason Hicks

February 20 – Kimberly Davis

February 22 – Officer Mark Nehlig

---

[1] Plaintiffs have requested Mr. Decuir's deposition. The Board will object to this deposition, but the parties have not yet met and conferred on this potential dispute.
[2] Plaintiffs have requested Mr. Marchand's deposition. The Board will object to this deposition, but the parties have not yet met and conferred on this potential dispute.

4

February 24 – Daniel DeLuca

Date to be determined – 30(b)(6) deposition of LSU

6.

Additionally, although the parties have exchanged written discovery, the parties would like the opportunity to discuss ESI protocols and craft a potential ESI search that is proportional to the issues in the case. Plaintiffs also desire that a protective order be entered with respect to the plaintiffs' identities. Likewise, the Board requires that a protective order be entered to protect the information produced in the case, including confidential information relating to current and former students.

7.

Therefore, the parties respectfully request an extension of the discovery, dispositive motion and trial dates in order to accommodate these significant discovery needs. The parties recognize that this is not their first request for extension. However, the parties are seeking this comprehensive extension of the discovery, dispositive motion and trial date to facilitate full and complete discovery (both fact and expert) and motion practice. The parties are willing and available to discuss this matter more fully with the Court at a scheduling or status conference, if the Court desires.

WHEREFORE, the parties pray that this motion be granted, modifying the discovery (fact and expert), dispositive motion and trial dates as set forth herein.

Respectfully submitted,

**MILDRED E. METHVIN, LLC**
 BY: /s/ *Mildred E. Methvin*
Mildred E. Methvin (#14619) T.A.
7414 Sardonyx St.
New Orleans, LA 70124
T: 337-501-1055

5

F: 888-298-0566
Email: memethvin@gmail.com

**DOMENGEAUX WRIGHT ROY & EDWARDS, LLC**
BY: /s/ *Elwood C. Stevens, Jr.*
Elwood C. Stevens, Jr. (#12459)
Jefferson Towers, Suite 500
556 Jefferson Street
Lafayette, LA 70501
T: 337-233-3033
F: 337-232-8213
Email: elwoods@wrightroy.com

ATTORNEYS FOR PLAINTIFFS

AND

**JEFF LANDRY**
**ATTORNEY GENERAL**

BY: */s/ Molly C. McDiarmid*
    Susan W. Furr Bar Roll No. 19582
    Karleen J. Green Bar Roll No. 25119
    Shelton Dennis Blunt Bar Roll No. 21230
    Michael B. Victorian Bar Roll No.: 36065
    Molly McDiarmid Bar Roll No. 36426
    *Special Assistant Attorney General*
    Phelps Dunbar, LLP
    II City Plaza | 400 Convention Street, Suite 1100
    Baton Rouge, Louisiana 70802
    Telephone: 225 346 0285
    Facsimile: 225 381 9197
    Email: susie.furr@phelps.com
    Email: karleen.green@phelps.com
    Email: dennis.blunt@phelps.com
    Email: michael.victorian@phelps.com
    Email: molly.mcdiarmid@phelps.com

COUNSEL FOR DEFENDANT BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE, TROY BLANCHARD, LINDSAY MADATIC, AND JENNIFER NORMAND

**JEFF LANDRY,**
**ATTORNEY GENERAL**

*/s/ Robin A. Sylvester*
Robin A. Sylvester, La. Bar Roll No. 21154
*Special Assistant Attorney General*
SYLVESTER LAW FIRM, L.L.C.
241 ½ La Rue France
Lafayette, Louisiana 70508
Telephone: (337) 513-0504
Facsimile: (337) 513-0514
Email: robin@sylvesterfirm.com
*Counsel for Defendant, Dr. Adelaide Russo*

**JEFF LANDRY**
**ATTORNEY GENERAL**

*/s/ Dennis J. Phayer*
Dennis J. Phayer (10408)
Gregory C. Fahrenholt (28572)
Special Assistant Attorneys General
BURGLASS & TANKERSLEY, LLC
5213 Airline Drive
Metairie, LA 70001
Tel: (504) 836-0412
Fax: (504) 287-0452
dphayer@burglass.com
gfahrenholt@burglass.com
*Counsel for Jennie Stewart*

CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of September, 2022, the foregoing was filed in CM/ECF which sends electronic notice to all counsel of record.

/s/ *Molly C. McDiarmid*

7