UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JANE DOE #1, ET AL. | CIVIL ACTION NO. 3:21-CV-00564 |
| VERSUS | JUDGE SHELLY D. DICK |
| BOARD OFSUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE, ET AL. | MAGISTRATE JUDGE SCOTT D. JOHNSON |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

NOW INTO COURT, through undersigned counsel, comes Defendant, Board of Supervisors of Louisiana State University and Agricultural and Mechanical College (the "Board"), and without waiving any defenses or objections, respectfully moves this Court for a two-week extension of time to file responsive pleadings to Plaintiffs' First Amended Complaint, through and including September 19, 2025. (R. Doc. 99)

The responsive pleading deadline for the Board is currently September 5, 2025. Fed. R. Civ. P. 15(a)(3). The Board is preparing an answer to Plaintiffs' First Amended Complaint. However, the Board's response time was impacted by pre-planned travel. Therefore, the Board respectfully requests a two-week extension to file responsive pleadings, through and including September 19, 2025. Undersigned counsel has conferred with Plaintiffs' counsel by e-mail, who consented to the two-week extension.

WHEREFORE, Defendant, Board of Supervisors of Louisiana State University and Agricultural and Mechanical College prays that this Court grant the foregoing motion and permit

1

PD.50750690.1

the Board an extension within which to file responsive pleadings, through and including September 19, 2025.

                Respectfully submitted,

                **PHELPS DUNBAR LLP**

BY:   */s/ Molly C. McDiarmid*
        Susan W. Furr Bar Roll No. 19582
        Shelton Dennis Blunt Bar Roll No. 21230
        Karleen J. Green Bar Roll No. 25119
        Michael B. Victorian Bar Roll No.: 36065
        Molly McDiarmid Bar Roll No. 36426
        II City Plaza | 400 Convention Street, Suite 1100
        Baton Rouge, Louisiana 70802
        Telephone: 225 346 0285
        Facsimile: 225 381 9197
        Email: susie.furr@phelps.com
        Email: dennis.blunt@phelps.com
        Email: karleen.green@phelps.com
        Email: michael.victorian@phelps.com
        Email: molly.mcdiarmid@phelps.com

        ATTORNEYS FOR DEFENDANT, BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing pleading was filed on September 4, 2025, with the Court's CM/ECF system, which will electronically send a copy of the same to all counsel of record.

                */s/ Molly C. McDiarmid*
                  Molly McDiarmid