## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JANE DOE #1, ET AL. | CIVIL ACTION NO. 3:21-CV-00564 |
| VERSUS | JUDGE SHELLY D. DICK |
| BOARD OFSUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE, ET AL. | MAGISTRATE JUDGE SCOTT D. JOHNSON |

### ORDER

CONSIDERING the foregoing Unopposed Motion for Extension of Time to File Responsive Pleadings,

IT IS ORDERED that the Motion is GRANTED. The Board of Supervisors of Louisiana State University and Agricultural and Mechanical College's deadline for filing responsive pleadings is extended by two weeks, through and including September 19, 2025.

_____
SCOTT D. JOHNSON
UNITED STATES MAGISTRATE JUDGE

PD.50750899.1